IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALE RAY RACINE,<br><br>Defendant. | CR 22-43-GF-BMM<br><br><br>ORDER |

Pending before the Court is the motion of the United States of America requesting that the Court allow B.P., a witness for the sentencing hearing, scheduled for January 26, 2023, to appear by Zoom.   The motion is unopposed.  For good cause shown, IT IS ORDERED that the witness, B.P., may appear at the sentencing hearing scheduled on January 26, 2023, by Zoom.

The United States will contact the Clerk of Court for the Zoom link.

DATED this 24th day of January 2023.

_____
Brian Morris, Chief District Judge
United States District Court